253 F.3d 1137 (9th Cir. 2001)
 PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC.; INSTITUTE FOR FISHERIES RESOURCES; OREGON NATURAL RESOURCES COUNCIL; UMPQUA WATERSHEDS; COAST RANGE ASSOCIATION; HEADWATERS, PLAINTIFFS-APPELLEES,
v.
NATIONAL MARINE FISHERIES SERVICE, DEFENDANT,
and
DOUGLAS TIMBER OPERATORS; NORTHWEST FORESTRY ASSOCIATION, DEFENDANTS-INTERVENORS- APPELLANTS.
PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONG, INC.; INSTITUTE FOR FISHERIES RESOURCES; OREGON NATURAL RESOURCES COUNCIL; UMPQUA WATERSHEDS; COAST RANGE ASSOCIATION; HEADWATERS, PLAINTIFF-APPELLEES,
v.
NATIONAL MARINE FISHERIES SERVICE, DEFENDANT-APPELLANT,
and
DOUGLAS TIMBER OPERATIONS; NORTHWEST FORESTRY ASSOCIATION, DEFENDANTS-INTERVENORS.
 Nos. 99-36027, 99-36195
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted June 8, 2000--Seattle, Washington
Submission Vacated September 15, 2000
Resubmitted May 8, 2001
Filed May 31, 2001
 
 1
 NOTE: THIS OPINION IS SUPERCEDED BY THE AMENDED OPININON AT 265 F.3d 1028.